RECEIVED JJR
JUL 14 2016 EW
7-14-16 JJR
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(County of Cook)  United States District Court

(State of Illinois)  For the Northern District of Illinois

Case no.
1:16-cv-07241
Judge John Z. Lee
Magistrate Judge Maria Valdez

<u>Aalim Mohammad</u>

Plaintiff           )         1. Extrinsic Fraud

Vs                 )         2. Wrongful Foreclosure

                   )         3. Violation of Illinois

1. Indymac, Bank F.S.B,/          )         Deceptive Practice Act
   One West Bank,F.S.B            )         [815 ILCS 505/2] [From ch. 121
2. Erica A. Johnson-Seck          )         ½ par. 262] sec.2
3. Felicia M. Swain               )         4. Violation of UCC-3-305c
4. All unknown defendant(s)       )         5. Violation of UCC-3-203(b)
                                            6. Civil conspiracy
Request trial by Jury                       7. Fraud upon the Court
                                            8. Declaratory/Injunctive Relief
                          9. Violation of Due Process, 5th Amendment

<u>Verified Complaint</u>

To the Honorable Court, all parties and their attorneys. Plaintiff reserve the right to amend this complaint

Comes now, Aalim Mohammad, individually, pursuant to Federal and Common Law, being pro-se and hereby sues 1. Indymac Bank,F.S.B/Div. of One West Bank FSB, individually and collectively herein ( Indymac), 2. Erica A. Johnson-Sech, herein (Johnson-Sech). 3. Felishia M. Swain, herein (Swain), Collectively (defendant(s). For 1. Extrinsic Fraud, 2. Wrongful Foreclosure, 3. Violation of the Ilinois Deceptive Practice Act [815 ILCS 505/2 from 121 ½ par. 262 sec.2], 4.Violation of UCC-3-203(b), 5. Violation of UCC-3-305c, 6. Civil Conspiracy,7.Fraud upon the Court, 8. Declaratory and Injunctive Relief, collectively and individually. 9. Violation of Due Process 5th Amendment.

1 of 9

## PRELIMINARY STATEMENT

1. This complaint arises inter alia due to all of the defendant(s) involvement directly or indirectly with the result being 1. fraud upon the court, 2.Wrongful foreclosure 3.violation of the Uniform Commercial Code, 4.Deceptive practice 5.Extrinsic fraud and, 6. Conspiracy after the defendant(s) allegedly took monies from the plaintiff(s), filed incomplete mortgage assignment(s) into the Cook County Recorder of Deeds office and thereafter, filed an incomplete foreclosure complaint and then presented a copy of an allege promissory note to the court while pretending to be giving the judge presiding over the court an original promissory note thus, preventing the judge from making a correct and true decision in the case. Evidence will show that the chain of title between the note and the mortgage have long ago been broken. It is alleged that the mortgage assignment was tampered with by ROBO signing by one or more of the defendant(s), yet throughout the whole of the proceedings it is alleged that the defendant(s) manage to hide the above matters and mislead a relative new justice assigned to the court in question.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction based upon federal questions under 28 U.S.C. Sec. 1331,1332,1343,1367, and 42 U.S.C. Sec. 1983 which confer original jurisdiction on Federal District Courts in suits to address the deprivation of rights secured by Federal Law and matters between diverse citizens that involve an amount in controversy in excess of $75,000, dollar.
3. These claims arise out of the same controversy and sequence of events under Article 3 of the United States Constitution pursuant to 28 U.S.C. Sec. 1367.
4. Venue is proper in this court pursuant to 28 U.S.C. sec. 1391(b)(2), in that the promissory note gives rise to the claims of unlawful conduct and acts asserted herein were executed while the plaintiff was residing in this

judicial district where plaintiff continue to reside. The court has personal jurisdiction over all parties as all defendant(s) engaged in business within the State of Illinois, and thus have sufficient contacts. The court has jurisdiction over the claims by virtue of pendent jurisdiction. This court has Jurisdiction pursuant to the Statute of Frauds

## PARTIES

5. 1. Defendant(s) Indymac Bank,F.S.B is a division of defendant(s) One West Bank,F.S.B. 2. Defendant(s) One West Bank, F.S.B. is a part of defendant(s) Indymac Mortgage Service, 3. Defendant(s) One West has since merged with an entity name Commercial Investment Trust, these three are doing business as one corporation, Bank or company, 4. Defendant(s) Erica A. Johnson-Sech is an employee for defendant(s)Indymac and One West Bank,F.S.B,5.Defndant(s) Felishia M. Swain is an Employee of defendant(s) Indymac and defendant(s) One west Bank,F.S.B. They are all in business with a recent merger or partnership with a one Commercial Investment Trust.

## STATEMENT OF FACTS

6. It is allege that in 2007, plaintiff(s) filed for a refinance from Quicken Loans Inc. for $192,000.00 dollars. Thereafter Quickens loans Inc. allegedly assigned or sold the loan to Indymac Bank,f.s.b, then after the crash of 2008 plaintiff(s) ask to refinance with Indymac. It was denied and defendant(s) Indymac filed for foreclosure after denying plaintiff(s) refinance request. Before being evicted under the threat from the Cook County Sherriff plaintiff(s) and his family moved. However, upon further investigation, plaintiff(s) discovered that the plaintiff(s) was sending mortgage payments to a defunct and illegal acting Indymac Bank, F.S.B, which was not registered to do business in the State of Illinois according to

the Illinois Secretary of State at the time plaintiff(s) was sending the mortgage payments to the defendant(s).

7. It is alleged that upon defendant(s)Indymac Bank, F.S.B. filing a foreclosure complaint against plaintiff(s) Aalim Mohammad , it was discovered that defendant(s) Indymac was also, closed down by the Office of Thrift Supervision July 11th 2008 and the Federal Deposit Insurance Corporation (FDIC) was named conservator because defendant(s) Indymac committed some form of illegality, prior to the three days before filing of its complaint thus, the defendant(s) did not comply with **735 ILCS 5/15-1506(2)(b)**. It is further Alleged that defendant(s) Indymac knowingly acted illegal and unlawfully by not filing the necessary and needed documents (proof),Through its attorney(s) preventing the judge in the Foreclosure case: 08CH25252 from making a valid legal decision do to fraud upon the court, also, by pretending to present the judge with an original promissory note, when in fact, it was a copy presented to the judge over plaintiff(s) objection to said act as evidence will show. The defendant(s) never filed the needed evidence into the case to prove it had standing which is required by State and Federal law pursuant to F.R.C.P. 17,**[a]n " Action must be prosecuted in the name of the real party in interest." In all essence the defendant(s) through the negligence of their attorney withheld evidence and mislead the judge so he could not make a clear and honest ruling at any time in the foreclosure case: See Kougasian v. TMSL, INC. 359 F. 3d 1136,1140(9th Cir. 2004) also see Noel v. Hall, 341 F. 3d 1148,1155 (9th Cir. 2003)**

8. It is alleged that Defendant(s) Johnson-Sech and Swain both conspired with Defendant(s) Indymac attorney(s) to Robo sign and file an illegal Mortgage Assignment into the Cook County Recorder of Deeds on the day the wrongful foreclosure was filed. It is alleged that such actions is illegal and, against the Illinois Foreclosure Statute, for Indymac was not in good standing to do business in the State of Illinois at the time the mortgage assignment was filed into the Cook County Recorder of Deeds.

9. Which shows violation of **UCC-3-203(b)** and the mortgage assignment should be rendered mute from the date of defendant(s) illegalities.
10. One West Bank,F.S.B acquired the accesses of Indymac Bank,F.S.B after it was closed by The Office of Thrift Supervision (OTS) therefore One west Bank,F.S.B., knew or should of known about Indymac 's illegalities.
11. It is alleged that plaintiff Aalim Mohammad's due process rights were violated from the time the illegal mortgage assignments were filed,the defendant(s) **violations of Illinois Foreclosure Statute at 735 ILCS 5/15-1506(2)(b),** for not filing the promissory note, the mortgage assignment as proof that defendant(s) ever had standing or was the real party in interest pursuant to FRCP 17. **"A Deed transferred to a Corporation having no legal existence does not pass Title," see: Copeland v. Fairview Land (1913) 165 Cal. 148,162,131,p. 119; and see Lanktree v. Spring Mt. Acres, Inc. (1931) 213 Cal. 362, 365, 2p. 2d 338.**
12. Plaintiff(s) allege that he has continuously requested and demanded the return of the instrument (promissory note )to plaintiff(s) from the defendant(s), but the defendant(s) have refused to give it back to him or produce the original before the foreclosure court or any court of law thus defendant(s) should be in violation of **UCC-305c, recoupment**. The Statute of limitation to recoup plaintiff's note is ten years from the date of signing.
13. Plaintiff(s) allege that the defendant(s)deceived the judge in the foreclosure court and so without clear and lawful evidence the judge was never able to make a clear decision in case number **08-CH-25252**, for the defendant(s) Indymac Bank,F.S.B, through its attorney(s) clouded the record and fraudulently prevented the judge from making a clear decision and thus should be held accountable for damages to plaintiff(s) for the following:

## COUNT-1

### EXTRINSIC FRAUD

14. Plaintiff(s) re-alleges and affirms par. 1 thru 12 and incorporates the same herein:

5 of 9

**Extrinsic Fraud**: "Fraudulent acts which keep a person from obtaining information about his/her rights to enforce a contract or getting evidence to defend against a lawsuit."

**Wherefore the court should enter a judgment in favor of plaintiff against the defendant(s) for:**

1. Actual monetary damages in the amount greater than $75,000 for each defendant(s), 2. Statutory damages, 3. Attorney fees, Litigation expenses and cost of suit, 4. Such other and further relief as the court deems proper.

## COUNT -2

## WRONGFUL FORECLOSURE

15. Plaintiff(s) re-alleges and affirm par. 1thru 13 and incorporate the same herein:

**Wrongful Foreclosure**: Wrongful Foreclosure is a civil cause of action based on allegations of foreclosure fraud. Fraud can occur across multiple facets of the process.

**Wherefore: The court should enter a judgment in favor of plaintiff for:**

1. Injunctive and/or Declaratory relief and overturn the state court wrongful foreclosure decision and remand case number 08CH25252 for a new trial, 2. Or whatever this honorable court deems necessary.

## COUNT- 3
### Violation of Illinois Deceptive Practice Act
[ 815 ILCS 505/2] [ from ch. 121 ½ par. 262 sec. 2]

16. Plaintiff(s) re-alleges and affirms par. 1 thru 14 and incorporates the same herein:

**Deceptive Practice Act:** Unfair methods of competition and unfair or deceptive acts or practices, including but not limited to the use or employment of any deceptive fraud, false pretense.

**Wherefore:** The court should enter a judgment in favor of the plaintiff against the defendant(s) for:

1. For Actual monetary damages in the amount greater than $75,000.00 for each defendant(s), 2. Statutory damages,3.Attorney fees; litigation damages and cost of suit 3. Such other and further relief as the court deems proper.

## COUNT -4

### Violation of UCC-3-305c

17. Plaintiff(s) re-alleges and affirms par. 1thru 15 and incorporates the same herein:

UCC-3-305c states in part: An obligor is not obliged to pay the instrument if the person seeking enforcement of the instrument does not have rights of a holder in due course and the obligor proves that the instrument is a lost or stolen instrument.

Wherefore: The court should enter a judgment in favor of plaintiff(s) against the defendant(s) for:

1. Actual monetary damages in the amount the promissory note of 192,000.00, One Hundred and Ninety two thousand from defendant(s) Commercial Investment Trust (CIT) ,One West Bank, f.sb. and Indymac Bank,f.s.b
2. Statutory damages
3. Attorney fees; litigation damages and cost of suit
4. Treble damages for the promissory note if not recovered
5. Such other and further relief as the court deems proper

## COUNT-5
### Violation of UCC-3-203(b)

18. Plaintiff(s) re-allege and affirms par. 1thru 16 and incorporates the same herein: UCC-3-203(b) states in part: "but transferee cannot acquire rights of a holder in due course by a transfer, directly or indirectly ,from a holder in due course if the transferee engaged in fraud or illegality affecting the instrument." **Wherefore:** The court should enter a judgment in favor of the plaintiff(s) against the defendant(s) for:
    1. Actual damages, 2. Statutory damages,3. An Order voiding the illegal assignment made by defendant(s) Indymac Bank,F.S.B, 4. Attorney fees; litigation damages and cost of suit,6.Such other and further relief that the court deems proper

## COUNT-6

## Civil Conspiracy

19. Plaintiff(s) re-alleges and affirms par. 1thru 17 and incorporates the same herein:
    1. Civil Conspiracy states in part: Civil conspiracy arise from an agreement, confederation, or other combination of two or more persons, each of whom must intend some benefit to himself from the wrong that results.
    2. Conspiracy does not involve one party, it last until the very last act or actor who continues the scheme .**Wherefore:** The court should enter a judgment in favor of the plaintiff(s)   against the defendant(s) for:

1. Actual monetary damages greater than $75,000.00 dollars for each defendant(s), 2. Statutory damages, 3. Attorney fees; litigation damages and cost of suit, 4. Such other and further relief the court deems proper

## COUNT-7

## Fraud upon the Court

Plaintiff(s)  re-allege and affirms par. 1thru18 and incorporates the same herein: "Fraud upon the court occurs when the Judicial machinery itself has been tainted, such as when an attorney, who is an officer of the court, is involved in the perpetration of a fraud or misrepresentation to the court." Wherefore: The court should enter a judgment in favor of plaintiff against the defendant(s)                           8 of 9

1. For treble damages in the amount of $576,000.00, five hundred and seventy six thousand dollars for defendant(s) Indymac Bank,F.S.B and One west Bank F.S.B. not producing and given plaintiff(s) the promissory note in question, 2. Actual damages, 3. Statutory damages 4. Punitive damages 5. Attorney fee and cost of suit, 6. Such other and further relief as the court deems necessary and proper

### COUNT 8
### Declaratory and Injunctive Relief

20. Plaintiff(s) re-allege and affirms par. 1 thru 19 and incorporates the same herein: Plaintiff(s) request Declaratory and Injunctive Relief to right the wrong that has been done to him and his family from defendant(s) via the deceptive and devious acts done by Defendant(s)through their attorneys.

21. Wherefore: 1. Plaintiff request that this honorable court enter a judgment in favor of plaintiff(s) to stop the injustices that have and are being committed on plaintiff(s) and the court system by defendant(s) and whatever else the court deems necessary and proper.

22.
### COUNT 9
### Violation of Due Process 5th Amendment

Plaintiff(s) re-allege and affirms par. 1thru 21a and incorporates the same herein: Defendant(s), took plaintiff(s) home without due process. Wherefore: 1. Plaintiff(s) request that this court enter an order in favor of plaintiff(s) reversing the lower court's decision in case number 08Ch25252.

JURY TRIAL DEMAND          _____

                                                Aalim Mohammad

Aalim Mohammad

15209 S. Kenton Ave

Oak Forest, Illinois 60452

1-773-895-0434

(COUNTY OF COOK )
( STATE OF ILLINOIS )

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

AFFIDAVIT IN SUPPORT OF VERIFIED COMPLAINT

I, Aalim Mohammad, a flesh and blood man made by the Creator of all men and women, hereby state that I have read the foregoing content. And believe all therein to be true to the best of my knowledge. I assert under the penalty of perjury and the laws of the UNITED STATES OF AMERICA that the foregoing is true and correct. And, under penalty as provided by law pursuant to section 1-109 of the Illinois code of civil procedure. Therefore: it is alleged that Aalim Mohammad's Verified Complaint is true and based on facts and evidence except that which is based on belief and, as to those things, he, I believes the same to be true.

Affiant sayeth naught

_____
Aalim Mohammad

Subscribed and sworn to me this __7/12/16__ day of July. 2016, before me, the undersigned notary public in and for the State of Illinois, appeared Aalim Mohammad, personally known to me or proved to me on the basis of satisfactory evidence, to be the living soul whose autograph appears in the within instrument and acknowledge that he executed said instrument.

In witness whereof, I here unto set my hand and seal this __12__ day of July, 2016.

_____
Notary Signature

Print name __Ahmad Ali__

My commission expires __08-03-2019__

OFFICIAL SEAL
AHMAD A ALI
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 08-03-2019

AL MUTIB